AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*February 04, 2026*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Xavier J. Edmond | ) | Case No. 4:26-mj-086 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4th, 2026__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) | forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carl Shue, Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 04, 2026

City and state: Houston, TX

_____
*Judge's signature*

U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT AND ATTACHMENT FOR CRIMINAL COMPLAINT

I, Inspector Carl Shue, being duly sworn, depose and state the following:

1. I am currently employed as a Law Enforcement Officer with the U.S. Department of Homeland Security (DHS), Federal Protective Service (FPS), and as such am empowered by Title 40, United States Code, Section 1315 to make arrest and obtain and execute warrants. I have been employed by FPS in excess of two (2) years. During the course of my employment with FPS, I have conducted criminal investigations and made arrest based on probable cause while in scope of my official duties. I am responsible for the protection of buildings, grounds, and property that are owned, occupied, or secured by the Federal Government and the protection of all persons on the property within the Southern District of Texas. I enforce violations of Title 18 of United States Code and Title 6 Code of Federal Regulations governing the conduct on federal property.

2. As a result of my training, general knowledge, and experience as an Inspector, I am familiar with the laws including Title 18 United States Code, Section 111 (a)(1) and know it is a violation for whoever to forcibly assault, resist, oppose, intimidate, or interfere with any person designated in Section 1114 of this code while engaged in or on account of the performance of their official duties.

3. This statement is provided in support of charging the defendant Edmond, Xavier (EDMOND) with the violation of Title 18 United States Code, Section 111(a)(1). This is a summary of facts and is not a complete statement of all facts related to this case.

4. The alleged actions referenced in this statement did occur in the Southern District of Texas.

5. On February 4th, 2026, at approximately 0915 hours, EDMOND breached security by following two individuals and attempted to bypass screening and was contacted by Court Security Officer Calderon.

6. Calderon attempted to escort defendant EDMOND from the lobby area and defendant EDMOND spit on CSO Calderon.

7. As CSO Calderon attempted to escort defendant EDMOND from the lobby area, defendant EDMOND stated he would "fucking kill him before I arrest him".

Based on the aforementioned facts, the affiant believes that on February 4th, 2026, defendant, EDMOND. Xavier, did violate Title 18 United States Code, Section 111(a)(1).

Inspector Carl Shue
U.S. Dept. of Homeland Security
Federal Protective Service
Houston, Texas

Subscribed to and sworn before me on February 4th, 2026, in Houston, Texas.

*Dena Palermo*

United States Magistrate Judge
Honorable